# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | STEVEN O MOEST & HOLLY LOURIAN-MOEST |
| **Case Number:** | 2:09-bk-17220-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JULY 15, 2010 01:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY U.S. BANK, NATIONAL ASSOCIATION.

**R / M #:**   65 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR STEVEN O MOEST, HOLLY LOURIAN-MOEST
LEONARD J. MCDONALD, ATTORNEY FOR U.S. BANK, NATIONAL ASSOCIATION

## Proceedings:

MR. ABUJBARAH REVIEWS THE MATTER, PROPOSING THAT A PLAN WILL BE FILED SOON.

THE COURT:  THE STAY IS HEREBY MODIFIED THAT THE DEBTOR SHALL PAY THE CONTRACT AMOUNT.  FAILURE TO COMPLY, WITH THE GRACE PERIOD PASSED AND NOTICE PROVIDED, THE CREDITOR MAY LODGE AN ORDER LIFTING THE STAY.  PAYMENTS SHALL BE MADE DIRECTLY TO THE OFFICE OF MR. MCDONALD.  PENDING FURTHER ORDER, THE AUTOMATIC STAY, AS MODIFIED, REMAINS IN EFFECT.  A CHAPTER 11 STATUS HEARING WILL BE HELD ON OCTOBER 14, 2010 AT 10:00 A.M.