ORDERED ACCORDINGLY.

Dated: July 26, 2010

_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-13470

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Steven O. Moest and Holly Lourian-Moest
  Debtors.
_____
U.S. Bank, National Association

    Movant,
  vs.

Steven O. Moest and Holly Lourian-Moest,
Debtors; U.S. Trustee, Trustee.

    Respondents.

No. 2:09-bk-17220-GBN

Chapter 11

(Related to Docket #65)

**ORDER REGARDING
ADEQUATE PROTECTION**

   IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that the Debtors, pay Adequate Protection Payments in the amount of $3,506.88 a month plus any applicable taxes and interest commencing on August 1, 2010. The funds are intended to serve as adequate protection for Debtors' lien obligation to Movant secured by the real property described as: LOT 31, OF TATUM RANCH PARCEL 24B, ACCORDING TO THE PLAT:-:Of RECORD IN

THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 386 OF MAPS, PAGE 33

IT IS FURTHER ORDERED that the debtors will make all Adequate Protection payments directly to the office of Tiffany & Bosco, P.A. no later than the first of every month starting with August 1, 2010.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors shall tender the default payment, as set forth above, in the form of a cashier's check or money order, made payable to Movant. If the defaulted payments are not received by Movant within ten days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan. Upon failure to cure the default within the ten days Relief shall be granted.

IT IS FURTHER ORDERED that this ORDER is for adequate protection payments only. The parties hereto reserve all rights and defenses including proof as to being the current lien holder on the real property described herein. Additionally, the parties acknowledge that the adequate protection payments provided herein shall be applied pursuant to further Order from the Court.