# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | STEVEN O MOEST & HOLLY LOURIAN-MOEST |
| **Case Number:** | 2:09-bk-17220-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 14, 2010 10:00 AM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

CHAPTER 11 STATUS HEARING.

**R / M #:** 65 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR STEVEN O MOEST, HOLLY LOURIAN-MOEST
LEONARD J. MCDONALD, ATTORNEY FOR U.S. BANK, NATIONAL ASSOCIATION

## Proceedings:

Mr. McDonald advises the September 2010 is due.

Mr. Abujbarah will advise debtors' to locate the September payment and notes they are currently in the HAMP program. He advises they will either be in a loan modification program or pay the prepetition arrears through the Chapter 11 plan.

COURT: IT IS ORDERED CONTINUING THE CHAPTER 11 STATUS HEARING TO JANUARY 13, 2010 AT 10:00 A.M.